UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Byron Breeze, Jr.
Plaintiff(s),

vs.

Hotel Hive DC L.L.C. d/b/a Hotel Hive
Defendant(s).

ATTORNEY: BASHIAN PAPANTONIOU P.C.

CASE NUMBER: 1:20-CV-02824-RDM

DATE OF FILING: 10/06/2020

**AFFIDAVIT OF SERVICE**

District OF Washington DC:   ss:

I, Vance M Warren Sr, being duly sworn deposes and says deponent is not a party to this action and is over the age of eighteen years and resides in the state of Washington DC.

That on **10/13/2020** at **2:34 PM** at **c/o LPRA Inc. 4725 Wisconsin Ave NW, Ste 250, Washington, DC 20016**, Deponent served the **Summons in a civil action, Complaint, and Standing Order in Civil Cases of Judge Randolph D. Moss** upon **Hotel Hive DC L.L.C. d/b/a Hotel Hive**, defendant/respondent/recipient herein.

Said service was effected in the following manner;

By delivering to and leaving a true copy to **Amy Boyd** personally, a person who stated to be an authorized agent to receive process service for **Hotel Hive DC L.L.C. d/b/a Hotel Hive**. Deponent knew said LLC so served to be the LLC described in said **Summons in a civil action, Complaint, and Standing Order in Civil Cases of Judge Randolph D. Moss** as said defendant/respondent/recipient. Deponent knew the individual accepting service to be an/the **Processor** thereof.

Deponent describes the individual served to the best of deponent's ability at the time and circumstances of service as follows: Sex: **Female**  Skin: **Black**  Hair: **Black**  Age (Approx): **48**  Height(Approx): **5'8"**  Weight(Approx): **160-170 lbs**  Glasses: **No**  Other:

I certify that the foregoing statements made by me are true, correct and my free act and deed. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

_____
Vance M Warren Sr

Sworn to before me this

October ___15___ 2020

_Angela H. Croson_
ANGELA H. CROSON
NOTARY PUBLIC DISTRICT OF COLUMBIA
My Commission Expires March 31, 2024

Executive Attorney Service, Inc. 585 Stewart Ave, Ste LL16, Garden City, NY 11530  516-333-3447  Lic# 1422060

Case No: 1615788