UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **BYRON BREEZE, JR.,**<br><br>    **Plaintiff,**<br><br>v.<br><br>**HOTEL HIVE DC, L.L.C. d/b/a HOTEL HIVE,**<br><br>    **Defendant.** | Case No. 1:20-cv-02824-RDM |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the Parties, Plaintiff Byron Breeze, Jr. and Defendant Hotel Hive DC, L.L.C. d/b/a Hotel Hive hereby stipulate that this case is dismissed with prejudice as to all claims and all parties, with each party to bear its own fees and costs.

Respectfully submitted this 22nd day of January, 2021 by:

*/s/ Erik M. Bashian*  
Erik M. Bashian, Esq.  
BASHIAN & PAPANTONIOU, P.C.  
500 Old Country Rd., Suite 302  
Garden City, NY 11530  
Telephone: 516-279-1554  
Facsimile: 516-213-0339  
eb@bashpaplaw.com  

*Counsel for Plaintiff*

*/s/ Patricia Donkor*  
Patricia Donkor  
LITTLER MENDELSON, P.C.  
815 Connecticut Avenue, NW Suite 400  
Washington, DC 20006  
Telephone: 202-772-2530  
Facsimile: 202-403-3677  
pdonkor@littler.com  

*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of January, 2021, a copy of the foregoing Joint Stipulation of Dismal with Prejudice was filed via the CM/ECF system, which caused a copy of the same to be served on:

>Erik M. Bashian, Esq.
>BASHIAN & PAPANTONIOU, P.C.
>500 Old Country Rd.
>Ste. 302
>Garden City, NY 11530
>eb@bashpaplaw.com
>
>*Counsel for Plaintiff*

>*/s/ Patricia Donkor*
>Patricia Donkor